**Jeffrey Thomas FARMER,
Plaintiff—Appellant,**

v.

**Michael V. HAYDEN; National
Security Agency, Defendants—
Appellees.**

**No. 05–2185.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 24, 2006.

Jeffrey Thomas Farmer, Appellant Pro
Se.

Before WILKINSON, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jeffrey Thomas Farmer filed a notice of
appeal in the District Court for the District of Columbia and requested the appeal
be transferred to this Court. Because
Farmer is not appealing a final order or
judgment emanating from a court over
which this court has jurisdiction, we are
without jurisdiction. Accordingly, we deny
Farmer's motion to proceed in forma pauperis and dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*DISMISSED*